# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Weinberg, John L. | United States District Court, Western District of Washington | 04/29/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge, full time, retired and recalled | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

12121 US Courthouse
700 Stewart Street
Seattle WA 98101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee | ▨ Trust (See Part VIII) |
| 2. | Secretary/Treasurer and Board Member | Condominium Association (4 units) |
| 3. | Vice/President/Treasurer and Board Member | ▨ National Duplicate Bridge Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinberg, John L. | 04/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Book Royalties, Practising Law Institute | $6,672.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinberg, John L. | 04/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinberg, John L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CPA Common Stock | C | Dividend | M | T | | | | | |
| 2. COST Common Stock | B | Dividend | M | T | | | | | |
| 3. DVT Common Stock | | None | M | T | | | | | |
| 4. IMKTA Common Stock | C | Dividend | M | T | | | | | |
| 5. ODFL Common Stock | | None | N | T | | | | | |
| 6. R Common Stock | B | Dividend | M | T | | | | | |
| 7. LUV Common Stock | B | Dividend | N | T | | | | | |
| 8. TM Common Stock | C | Dividend | M | T | | | | | |
| 9. Schwab Money Market Fund | A | Dividend | N | T | | | | | |
| 10. Schwab Cash Account | A | Interest | P1 | T | | | | | |
| 11. CD, Ally Bank 11/25/15 | A | Interest | L | T | | | | | |
| 12. CD Ally Bank 11/26/14 | A | Interest | | | Matured | 11/26/14 | K | A | |
| 13. Wells Fargo Checking Acct. #1 | A | Dividend | K | T | | | | | |
| 14. Wells Fargo Checking Acct. #2 | A | Interest | J | T | | | | | |
| 15. GE Bond | D | Interest | M | T | | | | | |
| 16. NJ T-E Bond | C | Interest | L | T | | | | | |
| 17. Lel. Tx T-E Bond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinberg, John L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Indianapolis T-E Bond | C | Interest | L | T | | | | | |
| 19. Florida T-E Bond | B | Interest | L | T | | | | | |
| 20. Fort Bend TX T-E Bond | A | Interest | K | T | Buy | 04/10/14 | K | | |
| 21. Ogden UT T-E Bond | B | Interest | K | T | Buy | 06/23/14 | L | | |
| 22. Miami T-E Bond | B | Interest | L | T | Buy | 01/23/14 | L | | |
| 23. Wells Fargo 6.0 PFD | A | Dividend | K | T | Buy | 07/14/14 | K | | |
| 24. Aviva PFD | B | Interest | K | T | | | | | |
| 25. Entergy LA PFD | C | Interest | L | T | | | | | |
| 26. JPM Trust PFD | C | Interest | L | T | | | | | |
| 27. JPMC PFD | A | Interest | K | T | Buy | 06/17/14 | K | | |
| 28. Kimko Realty 6.0 PFD | A | Dividend | K | T | | | | | |
| 29. Kimko Realty 6.9 PFD | A | Dividend | K | T | | | | | |
| 30. Nextera Energy PFD | B | Int./Div. | K | T | | | | | |
| 31. PS Busn. Park PFD | A | Dividend | K | T | | | | | |
| 32. Partnerre PFD | B | Dividend | K | T | | | | | |
| 33. Protective Life 6.0 PFD | B | Interest | K | T | | | | | |
| 34. Protective Life 6.25 PFD | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinberg, John L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Prudential Fin PFD | C | Interest | K | T | | | | | |
| 36. Public Storage 6.5 PFD | B | Dividend | K | T | | | | | |
| 37. Public Storage 6.35 PFD | B | Dividend | K | T | | | | | |
| 38. Qwest 7.375 PFD | B | Interest | K | T | | | | | |
| 39. Qwest 7.0 PFD | B | Interest | K | T | | | | | |
| 40. Regency Ctrs. PFD | B | Dividend | K | T | | | | | |
| 41. C Schwab PFD | B | Dividend | K | T | | | | | |
| 42. Solar Capital PFD | C | Interest | K | T | | | | | |
| 43. State Street PFD | | None | K | T | Buy | 11/19/14 | K | | |
| 44. Verizon PFD | B | Interest | K | T | Buy | 01/31/14 | K | | |
| 45. Wells Fargo 5.2 PFD | B | Dividend | K | T | | | | | |
| 46. BB & T PFD | A | Dividend | | | Sold | 07/14/14 | K | A | |
| 47. Deutsch Bank PFD | B | Dividend | | | Sold | 10/10/14 | K | B | |
| 48. Stanley B & D PFD | B | Interest | | | Sold | 11/18/14 | K | A | |
| 49. US Cellular PFD | A | Interest | | | Sold | 04/10/14 | K | A | |
| 50. Bank of Am. Checking Acct. | A | Interest | J | T | | | | | |
| 51. Bank of America Savings Acct. | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinberg, John L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Life Strategy Growth | D | Dividend | N | T | | | | | |
| 53. Vanguard Total Int'l Stock IX Admiral | B | Dividend | N | T | | | | | |
| 54. Vanguard Int'l Growth Admiral | D | Dividend | N | T | | | | | |
| 55. Canterbury LLC (Rental Property) | | None | K | U | | | | | |
| 56. ▮▮▮▮ Local Bridge Association | | None | K | T | | | | | |
| 57. Condominium Association | | None | J | T | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinberg, John L. | 04/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

My last report was for calendar year 2010. I did not perform duties for more than 60 days in any of the years 2011-2013 inclusive, and therefore did not file reports for those years. But I performed duites on part-time recall for 90 days in 2014, and am therefore filing this report.

In 2010 and prior years, I was co-trustee of _____ trust, and therefore in those years I reported both the position and the assets and transactions of that trust. I remain a co-trustee of that trust. Neither I nor _____ (we have no _____ created the trust. Neither of us received any income from, or have a beneficial interest, in this trust. I have therefore reported the position of co-trustee in Part I, but have not listed the assets or transactions of the trust in Part VII. This is consistent with the change in reporting requirements effective in 2014.

| Name of Person Reporting | Date of Report |
|---|---|
| Weinberg, John L. | 04/29/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John L. Weinberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544